IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATURAL EXPOSURES, INC., CHERRY ALEXANDER, AND WOLFGANG KAEHLER PHOTOGRAPHY LLC,<br><br>　　　　Plaintiffs,<br>　v.<br><br>PEARSON EDUCATION INC.,<br><br>　　　　Defendant. | NO: 14-cv-02184-FSH-MAH |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs Natural Exposures, Inc., Cherry Alexander and Wolfgang Kaehler Photography LLC and Defendant Pearson Education, Inc. (collectively, "the Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a settlement agreement in principal. The Parties are in the process of memorializing this agreement in writing. Upon execution of the written settlement agreement, the Parties will file a stipulation of dismissal.

DATED:  July 15, 2014        */s/ Dana E. Becker*
David W. Marston Jr. (Admitted *Pro Hac Vice*)
Andrew C. Whitney (Admitted *Pro Hac Vice*)
Dana E. Becker
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
dmarston@morganlewis.com
awhitney@morganlewis.com
dana.becker@morganlewis.com

 *Attorneys for Defendant Pearson Education, Inc.*

  */s/ Rosanne S. DeTorres*___
Rosanne S. DeTorres
DeTorres & DeGeorge, LLC
146 Main Street
Flemington, NJ 08822
Tel: (908) 284-6005 (office)
E-Mail: Rosanne@danddfamilylaw.com

Christopher Seidman (admitted *pro hac vice*)
Harmon & Seidman LLC
101 South Third Street
Grand Junction, CO 81501
Tel: (970) 245-9075
E-Mail:chris@harmonseidman.com

Amanda L. Bruss (admitted *pro hac vice)*
Harmon & Seidman LLC
12354 East Bates Circle
Aurora, CO 80014
Tel: (415) 271-4754
E-Mail: amanda@harmonseidman.com

*Attorneys for Plaintiffs*

2